IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

DIVISION  II

| | |
|---|---|
| In the Matter of the Personal Restraint of:<br><br>ANTON D. ROBINSON,<br><br>Petitioner. | No.  51726-4-II<br><br>UNPUBLISHED OPINION |

WORSWICK, J. — Anton Robinson seeks relief from personal restraint imposed following his 1997 guilty pleas to first degree rape, second degree rape, and first degree robbery, each with a firearm enhancement.  At the time of his crimes, Robinson was 17 years old.  The trial court sentenced Robinson to a mid-range standard sentence with a total confinement of 245 months.

Robinson filed this personal restraint petition in April 2018.  We stayed Robinson's petition pending decisions from our Supreme Court regarding sentencing of juvenile offenders.  Robinson completed serving his sentence and was released from custody in February 2021.

"An issue is moot when a court can no longer provide meaningful relief."  *In re Det. of J.S.*, 138 Wn. App. 882, 889, 159 P.3d 435 (2007).  However, we may review a moot case if it presents issues of continuing and substantial public interest.  *State v. Waller*, 197 Wn.2d 218, 224 n.6, 481 P.3d 515 (2021).  "Whether a moot case involves a matter of substantial public interest depends on whether the issue is of a public or private nature, whether an authoritative determination is desirable to provide future guidance to public officers, and whether the issue is likely to recur."  *State v. Enriquez-Martinez*, ___ Wn.2d ___, 492 P.3d 162, 165 n.1 (2021), https://www.courts.wa.gov/opinions/pdf/991014.pdf.

No. 51726-4-II

Because the relief Robinson seeks is resentencing, and he is no longer in custody, this petition is now moot. Robinson concedes that this case is moot, but requests this court consider his PRP, arguing that the appeal raises issues of substantial public interest requiring authoritative determination. But Robinson does not raise any issues that have not been previously resolved by our Supreme Court. There is no effective relief that we may provide, and this case does not raise any matters requiring further authoritative determination, thus, we dismiss this petition as moot.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

Worswick, J.

We concur:

Glasgow, A.C.J.

Cruser, J.

2